UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO MENDOZA

                Plaintiff,

-against-

DL Y LLC *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**23-cv-3046 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 18, 2023, the Defendant DL Y LLC attempted to file an allegedly accepted Rule 68 Offer of Judgment. Dkt. No. 24. The document was rejected by docket services as deficiently filed.

Defendant shall re-file the Notice of Acceptance of the Offer of Judgment **by August 14, 2023**.

SO ORDERED.

DATED:   New York, New York
              August 9, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge