**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FRANCISCO MENDOZA

                    Plaintiff,                   **ORDER**

      -against-                         **23-cv-3046 (JW)**

DL Y LLC *et al.,*

                  Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 18, 2023, the Defendant DL Y LLC attempted to file an allegedly accepted Rule 68 Offer of Judgment. Dkt. No. 24. The document was rejected by docket services as deficiently filed. The Court then directed Defendant to re-file the Rule 68 Offer of Judgment. Dkt. No. 26.

Defendant shall be given a final chance to re-file the Notice of Acceptance of the Offer of Judgment **by February 27, 2026.**

SO ORDERED.

DATED:    New York, New York
           February 17, 2026

                                  *Jennifer E. Willis*
                              JENNIFER E. WILLIS
                            United States Magistrate Judge