UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO MENDOZA, *on his own behalf and on behalf of others similarly situated*,

              Plaintiff,

-against-

DL Y LLC d/b/a DA LONG YI HOT POT, and
YUXIN JIANG individually,

              Defendants.

---

Case No.: 23-cv-3046

**~~(PROPOSED)~~ JUDGMENT**

WHEREAS on or about June 13, 2023, Defendants DL Y LLC d/b/a DA LONG YI HOT POT, and YUXIN JIANG ("Defendants") extended to Plaintiff FRANCISCO MENDOZA ("Plaintiff") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Twenty-Four Thousand Dollars and no Cents ($24,000.00), and whereas Plaintiff accepted said offer on or about July 17, 2023;

JUDGMENT shall be entered in favor of Plaintiff against Defendants in the amount of Twenty-four Thousand Dollars and no Cents ($24,000.00).

Dated: New York, New York

February 26 , 2026

_____
JUDGE JENNIFER E. WILLIS, U.S.M.J.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing (PROPOSED) JUDGMENT was served on all counsel of record through the Court's ECF system on this 24th day of February, 2026.

Dated: February 24, 2026                          Jia Law Group, P.C.
      New York, New York                    *Attorneys for Defendants*

By:    *Richard A. Stern*
    Richard A. Stern
    88 Pine Street, 18th Floor
    New York, NY 10005
    Richard.stern@jiaesq.com
    Tel.: (347) 897-6199